UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
DEC 05 2006

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| THOMAS M. AMIOTTE, | CIV. 06-4041 |
| Plaintiff, | |
| vs. | ORDER ON MOTIONS |
| TIM REISCH, Cabinet Secretary at DOC; DOUG WEBER, Warden, South Dakota State Penitentiary; ROBERT DOOLEY, Warden, Mike Durfee State Prison; TAMMY DOYLE, Unit Manager, Mike Durfee State Prison; MIKE MULLER, Unit Manager, Mike Durfee State Prison; MIKE STORGAARD, Counselor, Mike Durfee State Prison; all Defendants in their individual and official capacities, | |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

For the reasons stated in the Report and Recommendation filed this date, it is hereby

ORDERED that Plaintiff's Motions to Add Party (Docs. 8 and 11) are DENIED AS MOOT.

Dated this 5th day of December, 2006.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, CLERK

By: Shelly Margolius, Deputy